IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-cv-00900L<br>Judge Susan G. Braden |

**JOINT MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANT TO FILE ANSWER OR**
**OTHERWISE RESPOND TO COMPLAINT,**
**AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties hereby respectfully request that this Court grant an extension of time, to and including July 13, 2007, for Defendant to file its Answer or otherwise respond to the Complaint. The grounds for this joint motion are as follows:

1. Plaintiff filed this case on December 27, 2006. See Complaint, Doc. 1. Plaintiff's allegations relate to the trust accounting and trust funds management duties and responsibilities allegedly owed by Defendant to Plaintiff. Currently, Defendant is obligated to file its Answer or otherwise respond to the Complaint by February 26, 2007.

2. On February 9, 2007, Plaintiff's counsel, Sharon Haensly and Gabriel Galanda, conferred with Defendant's counsel, Anthony P. Hoang, and, among other things, they discussed and agreed that they would (a) explore the possibility of resolving Plaintiff's issues and claims through settlement discussions, specifically, Alternative Dispute Resolution ("ADR"); (b) undertake certain activities to advance their exploration of the ADR possibility, including informal requests and productions of relevant or potentially relevant documents and data, so as to obtain information

needed by Plaintiff to help define the nature and scope of Plaintiff's trust fund issues and claims; and (c) seek jointly an extension of time, to and including July 13, 2007, for Defendant to file its Answer or otherwise respond to the Complaint. Counsel for the parties agreed that, through the jointly requested extension of time, they would confer, at a minimum, about developing and implementing a joint, cooperative process for obtaining and begin sharing relevant or potentially relevant documents and data, and for exploring the possibility of settling this case through ADR.

3. Additionally, counsel for the parties discussed the fact that, by Defendant's computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court. See Exhibit (Exh.) 1. Given the number of cases, especially those in this Court, Defendant is of the view that it would be in the best interests of the Tribes in litigation and Defendant to work together and, if possible, formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible. To that end, Defendant's counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff herein) and with counsel for the Tribes in the cases (including counsel for Plaintiff herein), to determine the feasibility of developing a joint, cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation. Plaintiff has agreed to assist Defendant in its efforts to explore the possibility of ADR in this case.

4. Given the numbers of Tribal trust cases, Tribes, and Tribes' attorneys, counsel for

the parties herein believe that it would take some time and effort to convene (let alone, conclude) a discussion among the parties in the cases and that it would be proper and appropriate to seek jointly an extension of time in this case, to and including July 13, 2007, to permit an adequate opportunity for such a discussion. Counsel believe that the parties in this case would require that amount of time, at a minimum, to confer and determine whether and how to develop a process for obtaining relevant or potentially relevant documents and for exploring settlement of Plaintiff's issues and claims, and to implement such a process. This is in part because Plaintiff presently lacks the documents and data that it needs to evaluate its trust fund issues and claims. With the jointly requested extension of time, however, counsel believe that, on or before July 13, 2007, they may be able to determine whether and how to proceed with this case (e.g., informal settlement discussions, alternative dispute resolution (ADR), litigation, etc.) and to so inform the Court.

5. Based on the foregoing, the parties hereby jointly and respectfully request that the Court extend the current deadline for Defendant to file its Answer or otherwise respond to the Complaint, from February 26, 2007, to July 13, 2007.

6. On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein. On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves and with the Defendant's counsel's efforts to confer with other Tribes in the other Tribal trust accounting and trust mismanagement lawsuits.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 22nd day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
*for James M. Thomas*
JAMES M. THOMAS
Williams, Kastner & Gibbs, PLLC
Two Union Square
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WS 98101
Tel: (206) 628-6784
Fax: (206) 628-6611

Attorney of Record for Plaintiff

OF COUNSEL:

SHARON I. HAENSLY
GABRIEL GALANDA
Williams, Kastner & Gibbs, PLLC
Two Union Square
P.O. Box 21926
Seattle, WA 98101
Tel: (206) 628-6784
Fax: (206) 628-6611

*/s Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227