# In the United States Court of Federal Claims

No. 06-900L
Filed February 28, 2007

************************************
*
ROUND VALLEY INDIAN TRIBES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

The court hereby grants the parties' February 22, 2007 Joint Motion for an Extension of Time for the Government to file its Answer or Otherwise Respond to the Complaint. The Government will file an Answer or otherwise respond to the December 27, 2006 Complaint on or before July 13, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**