IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00900 SGB |

**MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Pursuant to Rule 83.1, James M. Thomas and Sharon I. Haensly, both of Williams, Kastner & Gibbs, PLLC, for the Plaintiff Round Valley Indian Tribes ("Plaintiff"), respectfully move the Court for leave to substitute Ms. Haensly as Attorney of Record, and for Mr. Thomas to withdraw as Attorney of Record. The following supports this Motion:

1. James M. Thomas is and was Attorney of Record at the time of the filing of the Plaintiff's Complaint.

2. The Plaintiff consents to Ms. Haensly's substitution for Mr. Thomas as Attorney of Record. *See* Attachment I, Affidavit of Sharon I. Haensly; and Attachment 2, Consent of James M. Thomas.

3. Counsel for the defendant United States does not oppose the substitution of Sharon I. Haensly as lead counsel for the Plaintiff.

4. The substitution will not affect any pending deadlines.

5. Ms. Haensly has been admitted to this Court.

WHEREFORE, Sharon I. Haensly and James M. Thomas, both of Williams, Kastner & Gibbs, PLLC, respectfully request that the Court substitute Sharon I. Haensly as Attorney of Record in place of the previous Attorney of Record James M. Thomas.

Dated this 26th day of June, 2007.

/s/ Sharon I. Haensly
Sharon I. Haensly, WSBA #18158

/s/ James M. Thomas
James M. Thomas, WSBA #7512

WILLIAMS KASTNER
601 Union St., #4100
Seattle, WA 98101
Telephone: (206) 628-6600
Fax: (206) 628-6611
ATTORNEYS FOR PLAINTIFF
ROUND VALLEY INDIAN TRIBES

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin J. LaLonde and Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

/s/ Sharon I. Haensly