IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00900 SGB |

**AFFIDAVIT OF APPOINTMENT OF SHARON I. HAENSLY**

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

I, Sharon I. Haensly, being of lawful age, competent and duly sworn upon oath, set forth the following facts from my personal knowledge thereof:

1. I am employed by the law firm of Williams, Kastner & Gibbs, PLLC. I am a licensed attorney in the State of Washington, Bar No. 18158.

2. That I am admitted to practice before the United States Court of Federal Claims and am registered with the Electronic Registration System.

3. The foregoing Motion to Substitute Attorney of Record is true and correct to the best of my information and belief.

4. The plaintiff, Round Valley Indian Tribes has been notified of the substitution of Mr. Thomas and consents to the substitution of lead counsel.

Further Affiant sayeth not.

Dated this 26th day of June, 2007.

Sharon I. Haensly

Subscribed and sworn to before me this 26th day of June, 2007.

KELLY M. MUELLER
(print notary's name)
Notary Public in and for the State of Washington,
residing at Edmonds.
My commission expires: 8-14-10.

KELLY M. MUELLER NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES 08-14-10