IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00900SGB |

**CONSENT TO APPOINTMENT OF SHARON I. HAENSLY AS ATTORNEY OF RECORD**

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

I, James M. Thomas, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Sharon I. Haensly as Attorney of Record, and seek to withdraw as Attorney of Record in this case.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 26th day of June, 2007.

James M. Thomas

Attachment 2



2059651.1

Subscribed and sworn to before me this 26th day of June, 2007.

KELLY M. MUELLER
NOTARY PUBLIC
COMMISSION EXPIRES 08-14-10
STATE OF WASHINGTON

KELLY M. MUELLER
(print notary's name)
Notary Public in and for the State of Washington,
residing at Edmonds.
My commission expires: 8-14-10.

Attachment 2



2059651.1