# In the United States Court of Federal Claims

No. 06-900L
Filed June 27, 2007

```
***********************************
                                  *
ROUND VALLEY INDIAN TRIBES,       *
                                  *
          Plaintiff,              *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

The court hereby grants Plaintiff's January 30, 2007 Motion to Withdraw Attorney of Record and June 26, 2007 Motion to Substitute Attorney of Record.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**