ECF

# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-00900-SGB

ROUND VALLEY INDIAN TRIBES v. USA
Assigned to: Judge Susan G. Braden
Cause: 28:1491 Tucker Act

Date Filed: 12/27/2006
Jury Demand: None
Nature of Suit: 504 Native American
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ROUND VALLEY INDIAN TRIBES**
*a federally recognized Indian tribe*

represented by **James Merle Thomas**
Williams, Kastner & Gibbs, PLLC
601 Union Street
Suite 4100
Seattle, WA 98101-2380
(206) 628-6600
Fax: (206) 628-6611
Email: jthomas@wkg.com
*TERMINATED: 06/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon I. Haensly**
Williams, Kastner & Gibbs, PLLC.
601 Union Street
#4100
Seattle, WA 98101
(206) 628-6600
Fax: (206) 628-6611
Email: shaensly@wkg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**

represented by **Martin James LaLonde**
U. S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
202-305-0247
Fax: 202-353-7610

Email: martin.lalonde@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2006 | 1 | COMPLAINT against USA (DOI) ( Filing fee $250, Receipt number 065919), filed by ROUND VALLEY INDIAN TRIBES.**Answer due by 2/26/2007.** (Attachments: # 1 Civil Cover Sheet)(dls ) (Entered: 12/28/2006) |
| 12/27/2006 | 2 | NOTICE of Assignment to Judge Susan G. Braden. (dls ) (Entered: 12/28/2006) |
| 12/27/2006 | 3 | NOTICE of Designation of Electronic Case. (dls ) (Entered: 12/28/2006) |
| 01/30/2007 | 4 | MOTION to Withdraw as Attorney by James Merle Thomas, filed by on behalf of ROUND VALLEY INDIAN TRIBES.**Response due by 2/16/2007.** (Attachments: # 1 Exhibit A)(Thomas, James) (Entered: 01/30/2007) |
| 02/21/2007 | 5 | NOTICE of Appearance by Martin James LaLonde for USA. (LaLonde, Martin) (Entered: 02/21/2007) |
| 02/22/2007 | 6 | Joint MOTION for Extension of Time until 7/13/2007 to File Answer re 1 Complaint *, or Otherwise Respond to Complaint, and Proposed Order*, filed by USA.**Response due by 3/12/2007.** (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1 - Current Tribal Trust Accounting and Trust Mismanagement Cases)(LaLonde, Martin) (Entered: 02/22/2007) |
| 02/28/2007 | 7 | ORDER granting 6 Motion for Extension of Time to Answer, **Answer due by 7/13/2007.** Signed by Judge Susan G. Braden. (gbb, ) (Entered: 02/28/2007) |
| 06/26/2007 | 8 | Consented MOTION to Substitute Attorney Sharon I. Haensly in place of James M. Thomas, filed by ROUND VALLEY INDIAN TRIBES.(Haensly, Sharon) (Entered: 06/26/2007) |
| 06/26/2007 | 9 | AFFIDAVIT re 8 Consented MOTION to Substitute Attorney Sharon I. Haensly in place of James M. Thomas *Affidavit of Appointment of Sharon I. Haensly* by ROUND VALLEY INDIAN TRIBES. (Haensly, Sharon) (Entered: 06/26/2007) |
| 06/26/2007 | 10 | AFFIDAVIT re 8 Consented MOTION to Substitute Attorney Sharon I. Haensly in place of James M. Thomas *Consent to Appointment of Sharon I. Haensly as Attorney of Record* by ROUND VALLEY INDIAN TRIBES. (Haensly, Sharon) (Entered: 06/26/2007) |
| 06/27/2007 | 11 | ORDER granting 4 Motion to Withdraw as Attorney. Attorney |

| | | |
|---|---|---|
| | | James Merle Thomas terminated; NOTICE granting re: 8 Motion to Substitute Attorney (Consented) pursuant to Rule 83.1(d)(4). Attorney James Merle Thomas terminated and substituted with Attorney Sharon I. Haensly. Entered by the Clerk. Signed by Judge Susan G. Braden. (gbb) (Entered: 06/27/2007) |
| 07/13/2007 | 12 | Joint MOTION to Stay Litigation Temporarily, filed by ROUND VALLEY INDIAN TRIBES, USA.**Response due by 7/30/2007.** (Attachments: # 1 Text of Proposed Order)(LaLonde, Martin) (Entered: 07/13/2007) |



| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/02/2007 17:35:07 | | | |
| **PACER Login:** | us3079 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00900-SGB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |