IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00900L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The undersigned, Robert W. Rodrigues, has been assigned as the attorney of record for the Defendant, United States of America, in substitution for Martin J. Lalonde, the prior lead counsel for the Defendant, United States of America.

Mr. Rodrigues' address for United States Mail purposes is as follows:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Mr. Rodrigues' address for Federal Express and hand delivery purposes is as follows:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street N.W.
Room 3106
Washington, D.C. 20004

Mr. Rodrigues' e-mail address is as follows: robert.rodrigues@usdoj.gov

Defendant United States respectfully requests that the Clerk of Court enter the appearance of Robert W. Rodrigues as attorney of record (or lead counsel) for the Defendant, United States

in the above-captioned case.

Dated: August 3, 2007

Respectfully submitted,

s/Robert W. Rodrigues
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney for Defendant