# In the United States Court of Federal Claims

No. 06-900L
Filed: August 29, 2007

***********************************
*
ROUND VALLEY INDIAN TRIBES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Due to Plaintiff's withdrawal from the July 13, 2007 Motion for Temporary Stay of Litigation and pursuant to the August 13, 2007 telephone status conference, the court hereby denies the Government's Motion for Temporary Stay of Litigation.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**