IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROUND VALLEY INDIAN TRIBES, )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00900L
) Judge Susan G. Braden
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**PARTIES' NOTICE OF FILING**
**JOINTLY PROPOSED RECORD RETENTION ORDER**

Pursuant to the Court's instructions given during the Status Conference in this case on August 29, 2007, Plaintiff Round Valley Indian Tribes (Plaintiff or Tribe) and Defendant United States of America (Defendant or United States), through the undersigned counsel, hereby submit their jointly proposed Record Retention Order in this case.

Respectfully submitted this 29th day of September, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

SHARON I. HAENSLY
Williams, Kastner & Gibbs, PLLC
Two Union Square
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WS 98101
Tel: (206) 628-6784
Fax: (206) 628-6611

Attorney of Record for Plaintiff

OF COUNSEL:

DEBORA JUAREZ
GABRIEL GALANDA
Williams, Kastner & Gibbs, PLLC

ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

CAROL DRAPER
ANTHONY P. HOANG
JASON BRUNO

Two Union Square
P.O. Box 21926
Seattle, WA 98101
Tel: (206) 628-6784
Fax: (206) 628-6611

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Tel: (202) 305-0241
Tel: (202) 305-0434
Fax: (202) 353-2021

ELISABETH C. BRANDON
MICHAEL BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227