IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No.06-cv-00900L<br>Judge Susan G. Braden |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE
PROPOSED CONFIDENTIALITY AGREEMENT
AND [PROPOSED] ORDER

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims , Defendant respectfully makes this unopposed motion for extension of time to and including October 24, 2007, within which to file a jointly proposed confidentiality agreement or stipulation. The grounds for this unopposed motion are as follows:

1. The Scheduling Order dated October 1, 2007 directs the parties to file a jointly proposed protective order on or before October 22, 2007 and indicates that the parties "may seek additional time from the Court to confer about a jointly proposed confidentiality agreement or stipulation and protective order, if they need to do so." Oct. 1, 2007 Order, para. 1.

2. The parties have conferred on a jointly proposed confidentiality agreement and have made substantial progress toward agreeing on the terms of such an agreement, but require additional time to circulate and finalize the terms of a proposed joint stipulation and confidentiality order. Plaintiff concurs in this request for additional time.

3. Granting this motion will not prejudice any party or delay the progress of this case and will allow the parties to continue their efforts to enter into joint confidentiality agreement or

stipulation.

Wherefore, Defendant respectfully requests that its unopposed motion for enlargement of time be GRANTED.

Respectfully submitted this 22nd day of October, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

K. JACK HAUGRUD, Chief

s/ *Carol L. Draper*
CAROL L. DRAPER (PA Bar # 39388)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
JASON BRUNO
ROBERT RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227