IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.06-cv-00900L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

[PROPOSED] ORDER

Defendant's Unopposed Motion for Enlargement of Time within which to File a Proposed Confidentiality Agreement, filed October 22, 2007, is hereby granted.

SO ORDERED.

________________________
SUSAN G. BRADEN
Judge, United States Court of Federal Claims