# In the United States Court of Federal Claims

No. 06-900L
Filed October 23, 2007

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's October 22, 2007 Unopposed Motion for Enlargement of Time is, hereby, GRANTED. Plaintiff and Defendant shall file a Jointly Proposed Confidentiality Agreement on or before October 24, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**