IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribe,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CIVIL CASE NO. 06-00900 SGB

**CERTIFICATE OF SERVICE**

I declare, under penalty of perjury, that on the 15th day of November, 2007, a copy of Plaintiff's Initial Disclosures was served upon:

Carol L. Draper, Attorney of Record
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
601 D Street, N.W.
Room 3114
Washington, D.C. 20004

by sending the same by:

1. U.S. mail;

2. electronic mail to Carol.Draper@usdoj.gov (pursuant to parties' agreement to service by mail); and

3. facsimile to Carol Draper at (202) 353-2021.

/s/ Sharon I. Haensly
Sharon I. Haensly, WSBA No. 18158
e-mail: shaensly@williamskastner.com
Williams Kastner & Gibbs, PLLC
601 Union St., #4100
Seattle, WA 98101
Tel: (206) 628-6600
fax: (206) 628-6611
*Attorneys for Plaintiff*
Round Valley Indian Tribes