IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00900L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Joint Motion for Enlargement of Time To Establish Policies, Procedures, and Controls for Monitoring Compliance with the Court's October 1, 2007 Record Retention Order

The Parties, United States of America and the Round Valley Indian Tribe, respectfully move this Court for an enlargement of time of 21 days until December 21, 2007, to finalize establishment and implementation of policies and procedures in compliance with the October 1, 2007 Record Retention Order ("RRO") entered by the Court. The Parties' status report on the implementation of compliance mechanisms is currently due on November 30, 2007, under Paragraph 2 of the RRO. This motion is the Parties' first such filing. In support of its motion, the Parties state as follows:

1) On October 1, 2007, the Court entered its RRO in this case.

2) Paragraph 2 of the RRO provides in relevant part as follows:

> Mechanism for Ensuring Compliance with This Order: Defendant, in consultation with Plaintiff, shall establish a mechanism for ensuring on-going compliance with this Order, such as periodic reminders of record retention obligations to be sent to appropriate document repositories by a date to be determined by the Court and then every six months thereafter for the pendency of this case. Defendant shall file a report setting forth its compliance mechanism, within 60 days of the date of this Order. The compliance mechanism shall include the parties' specification of the subject matters at issue in this litigation and the documents, data, or tangible things that the parties reasonably anticipate to be subject to discovery in this case and to this Order.

3) In order to meet their obligations under Paragraph 2, the Defendant has been communicating with its clients and discussing the steps that its clients have taken and will continue to take in order to comply with relevant provisions of this Court's RRO.

4) The Defendant further states, however, that the requested extension would allow more time for the Defendant to document its efforts and would increase the opportunity for discussion between Defendant and Plaintiff regarding the policies, procedures, and controls implemented and proposed by each. It would also give the Parties further opportunity for specification of the subject matters at issue, as well as the documents and data that the parties reasonably anticipate to be subject to discovery. Such communication may facilitate more collegial treatment of retention matters in the future.

5) Further, during the extension, there will be no adverse impacts to the documents that are relevant or potentially relevant to this litigation because there are document retention and management policies, practices and procedures already in place. See Jicarilla Apache Nation v. United States of America, No. 02-25, Defendant's Supplemental Status Report Describing Compliance With the March 19, 2004 Order, filed March 18, 2005.

6) The Round Valley Indian Tribe also states that the extension would not adversely affect record retention.

Based on all the foregoing, the Parties respectfully request the Court grant the Parties' request for a 21-day extension of time, until December 21, 2007, to file appropriate reports of compliance activities.

Respectfully submitted on this 30 day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Sharon I. Haensley by /s/ Carol Draper*
SHARON I. HAENSLEY
Williams, Kastner & Gibbs, PLLC
Two Union Square
601 Union Street, Suite 4100
P.O. Box 21926
Seattle, WS 98101
Tel: (206) 628-6600
Fax: (206) 628-6611

Attorney of Record for Plaintiff
OF COUNSEL

*/s/ Carol Draper*
CAROL DRAPER
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant
OF COUNSEL:

JASON M. BRUNO
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227