IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00900L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The parties' Joint Motion for Enlargement of Time To Establish Policies, Procedures, and Controls for Monitoring Compliance under paragraph 2 of the Court's October 1, 2007 Record Retention Order, that was filed on November 30, 2007, is hereby GRANTED. Defendant shall file a report setting forth its compliance mechanism on or before December 21, 2007.

IT IS SO ORDERED.

SUSAN G. BRADEN
Judge