# In the United States Court of Federal Claims

No. 06-900L
Filed: December 3, 2007

***********************************
*
ROUND VALLEY INDIAN TRIBES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The parties' November 30, 2007 Motion for Enlargement of Time is hereby granted. Plaintiff and Defendant will file a Status Report for Implementation of Compliance Mechanisms, under the court's October 1, 2007 Record Retention Order, on or before December 21, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**