# In the United States Court of Federal Claims

No. 06-900L
Filed: February 14, 2008

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**SCHEDULING ORDER**

The court will convene a telephone status conference with the parties on May 12, 2008, at 2pm EST, to discuss progress on discovery.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**