# In the United States Court of Federal Claims

No. 06-900L
Filed: May 12, 2008

***********************************
*
ROUND VALLEY INDIAN TRIBES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**SCHEDULING ORDER**

The court will convene a telephone status conference with the parties on May 22, at 11am EST, to discuss progress on discovery.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**