IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribes,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CIVIL CASE NO. 06-00900 SGB
Judge Susan G. Braden

ORDER

[Proposed]

IT IS HEREBY ORDERED that:

1. The hearing on plaintiff Round Valley Indian Tribes' motion to compel is scheduled for July 18, 2008;

2. The scope of the hearing is limited to addressing the contested issues raised in the Plaintiff Tribe's forthcoming motion to compel;

3. No hearing will be held if the parties resolve the Tribe's document production issues at the American Indian Records Repository ("AIRR"); and

4. Unless the parties resolve their dispute over document production at the AIRR,

   a. The Tribe will file a motion to compel on or by June 11, 2008;

   b. The Government will file a response on or by June 25, 2008; and

   c. The Tribe will file a reply on or by July 7, 2008.



2283073.1

**IT IS SO ORDERED.**

Dated: ____________________________

____________________________
Honorable Susan G. Braden

By:

/s/ Sharon I. Haensly
Sharon I. Haensly, WSBA No. 18158
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Main: 206.628.6600
Direct: 206.628.6784
Fax: 206.628.6611
Attorneys for Plaintiff
Round Valley Indian Tribes