IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00900 SGB<br>Judge Susan G. Braden<br><br>**CERTIFICATE OF SERVICE** |

I declare, under penalty of perjury, that on the 30th day of May, 2008, a copy of Plaintiff's Motion to Schedule a Hearing Date for July 18, 2008, to Clarify Nature of Hearing, and to Schedule Briefing on Plaintiff's Motion to Compel in Advance of the Hearing, and Memorandum in Support Thereof, [proposed] Order, and this Certificate of Service was served upon:

Carol L. Draper, Attorney of Record
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
601 D Street, N.W.
Room 3114
Washington, D.C. 20004

by sending the same by:

1. U.S. Mail;

2. Electronic mail to Carol.Draper@usdoj.gov (pursuant to parties' agreement to service by mail); and

3. Facsimile to Carol Draper at (202) 353-2021.

/s/ Sharon I. Haensly
Sharon I. Haensly, WSBA No. 18158
e-mail: shaensly@williamskastner.com
Williams Kastner & Gibbs, PLLC
601 Union St., #4100
Seattle, WA 98101
Tel: (206) 628-6600
fax: (206) 628-6611
Attorneys for Plaintiff
Round Valley Indian Tribes



2283106.1