IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00900L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DEFENDANT'S INTENT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO SCHEDULE HEARING DATE FOR JULY 18, 2008, TO CLARIFY NATURE OF HEARING, AND TO SCHEDULE BRIEFING ON PLAINTIFF'S MOTION TO COMPEL IN ADVANCE OF THE HEARING**

Defendant United States of America hereby gives Notice that it intends to file a Response to Plaintiff's Motion to Schedule a Hearing Date for July 18, 2008, to Clarify Nature of Hearing, and to Schedule Briefing on Plaintiff's Motion to Compel in Advance of the Hearing (Plaintiff's Motion) ,filed on May 29, 2008. While Defendant would normally be accorded 14 days to respond to Plaintiff's Motion under Rule 7.2, Rules of the Court of Federal Claims, Defendant will respond within 7 days in keeping with the parties' and the Court's interest in moving discovery issues forward.

Plaintiff's Motion raises significant issues regarding the issues before the Court and the scope of the hearing, and Defendant will file a detailed response to Plaintiff's Motion in keeping with the significance of the issues Plaintiff has raised on or before June 6, 2008. Defendant needs time to confer with appropriate officials at the Department of the Interior (Interior) and program employees regarding the issues that Plaintiff has raised and relevant testimony and documentary evidence.

Defendant takes this opportunity, however, to clarify for the record two matters

addressed in Plaintiff's Motion. Plaintiff indicates that Defendant was not able to commit to a hearing date. Defendant is willing to commit to hearing date and engaged in discussions with Plaintiff over the past week on that topic, but, as Defendant has indicated in discussions with the Plaintiff, Defendant was not able to settle on or commit to a hearing date at this time due to the very issues raised in Plaintiffs' Motion - a need to clarify the issues and scope of the hearing. Such clarification will allow Defendant to determine what evidence to present and identify appropriate witnesses who can offer relevant testimony. Defendant will be in a position to commit to available dates once the issues and scope of the hearing have been clarified.

While Plaintiff indicates an intent to file a Motion to Compel on or before June 11, 2008, Plaintiff further indicates that the parties continue to confer in an attempt to resolve discovery issues. Defendant concurs with the latter characterization and notes that the parties are still in the midst of discussions to resolve discovery issues, and that any discovery motions would therefore be premature under Rule 37 of the Rules of the Court of Federal Claims.

WHEREFORE, the Defendant hereby gives notice that it intends to file a Response to Plaintiff's Motion on or before June 6, 2008, and respectfully requests that the Court refrain from ruling on the Plaintiff's Motion until Defendant has filed its Response, and from scheduling a hearing date until the issues before the Court for decision or evidentiary hearing have been clarified which will allow Defendant to commit to a hearing date.

Respectfully submitted this 2nd day of June, 2008.

*s/ Carol L. Draper*
CAROL DRAPER
JASON BRUNO
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MICHAEL BIANCO
ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240