# DEFENDANT'S

# EXHIBIT

# 1

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No.: 06-900 |

Live Tape

(The following transcript was transcribed from a digital recording provided by the U.S. Court of Federal Claims to Heritage Reporting Corporation on May 29, 2008.)

Pages: 1 through 16

Place: Washington, D.C.

Date: May 22, 2008

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Docket No.: 06-900 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Thursday,
May 22, 2008

Live Tape

(The following transcript was transcribed from a digital recording provided by the U.S. Court of Federal Claims to Heritage Reporting Corporation on May 29, 2008.)

APPEARANCES: (Via Telephone)

For the Plaintiffs:

SHARON HAENSLY, Esquire

For the Defendant:

CAROL DRAPER, Esquire
JASON BRUNO, Esquire
U.S. Department of Justice
Environment and Natural Resources Division
601 D Street, N.W., Room 3143
Washington, D.C. 20004

Also Present:

MICHAEL BIANCO, Esquire
Department of Interior
Solicitor's Office

P R O C E E D I N G S

(9:55 a.m.)

THE CLERK: Good morning, counsel. This is Alex McBride, Judge Braden's law clerk. We're going to start the status conference. To begin, we'd like each of you to introduce yourself and the party you represent.

MS. HAENSLY: Good morning, Your Honor. This is Sharon Haensly, lawyer for the Plaintiffs, Round Valley Indian Tribes.

MS. DRAPER: Good morning, Your Honor. This is Carol Draper with the Department of Justice for the United States, and joining me momentarily will be Jason Bruno.

THE COURT: And is Jason from Justice?

MS. DRAPER: Yes, Your Honor.

THE COURT: Okay. Do you have some --

MR. BIANCO: This is Michael -- I'm sorry.

THE COURT: Go ahead.

MR. BIANCO: This is Michael Bianco from Department of Interior, Solicitor's Office.

THE COURT: Yes. Good. All right. So let's see from Plaintiffs' counsel where are we. Did you get your little disks?

MS. HAENSLY: Yes, we got our little disks.

I'm sorry to say, Your Honor, I think we're heading quickly towards an impasse with the United States over what they are expecting of us during discovery.

THE COURT: Yes.

MS. HAENSLY: I think the next step -- well, here is where we are. We got the disks. The master list is over 2 million documents. The Departments of Justice and Interior, they ran a couple of example searches for a few of our 34 requests for production.

THE COURT: Yes.

MS. HAENSLY: So there are some smaller files, but smaller, still I think some of them are in the hundreds of thousands. And so we at the law firm and also our contractors, we with the technical people were kind of playing around with this a bit. But then we had a few conversations, and the upshot is that yesterday I said it doesn't make sense for us to keep playing around with this.

There are so many government codes and terms of art and pieces of information that the tribe does not have. It makes the most sense for the government to run the most optimal searches it can do. You know, if they need to have more clarification on our requests for production, we're happy to give that to them.

But I'd have to say, Your Honor, and I don't have an answer back yet as to whether they are willing to do that, but I have to say that even if they do the most optimal searches, the Lenexa system is so disorganized and it's still such a mess that you end up with hundreds of thousands of documents that we have no idea if they even come close to being responsive to the requests.

THE COURT: All right. You just mentioned some type of system. What were you talking about?

MS. HAENSLY: Well, my understanding is they have people that take these boxes of Indian records and they assign them titles and put them into certain fields in the BISS database, the Box Index Searching System.

THE COURT: Yes.

MS. HAENSLY: But it doesn't allow a search to get -- the terms are so generic that it doesn't allow the Plaintiffs, the tribes, to figure out whether these things have anything to do with our requests for production.

THE COURT: Okay. I understand, but you used a term of art. It sounded to me like Nextel, but that wasn't what you meant.

MS. HAENSLY: No, no, no.

THE COURT: What did you call it?

MS. HAENSLY: Well, they call it the BISS Searching System.

THE COURT: And how do you spell that?

MS. HAENSLY: It's an acronym: B-I-S-S, Box Index Searching System. Is that right?

MR. BRUNO: That's right. That's correct.

THE COURT: All right. And from the Interior Department, who is the vendor that's doing this work?

MS. DRAPER: Your Honor, this is Carol Draper. Your Honor, I don't know that it's a vendor that is doing this work. It's the Interior Department. Sections of the Interior Department are doing the work.

THE COURT: Well, they certainly are contracting out those documents. Let me talk to the guy at Interior.

MR. BIANCO: Your Honor, this is Mike Bianco from Interior. This is a system that is prepared within a collaboration between the Office of Special Trust and the Office of Historical Trust Accounting, and those searches are performed by Interior.

THE COURT: Not the searches. Who put the programs together?

MR. BIANCO: Those programs, I believe they were put together by Interior. I can get that for you.

THE COURT: Well, I want to get somebody that knows the system.

MR. BIANCO: Your Honor, OHTA, which is the Office of Historical Trust --

THE COURT: Yes.

MR. BIANCO: -- performs the BISS searches. They also work in conjunction with Clifton Gunderson, who is the accounting firm that also performs the BISS searches.

THE COURT: All right. Performing the searches is one thing. Who put the process together?

MS. DRAPER: Your Honor, this is Carol Draper. We weren't certain how detailed we were going to get on this call. We can certainly make --

THE COURT: Well, we're going to get real detailed pretty quick here. I want to find out how this thing works.

MS. DRAPER: Your Honor, this is Carol Draper again. The BISS is administered by the Department of the Interior.

THE COURT: That's fine, but somebody put the system together, decided what it was. That's the

person or company or whatever that we need to talk to somebody and find out how they put it together so that we can have a better understanding about how to use it.

MS. DRAPER: Your Honor, it's my understanding it was developed by the Office of Special Trustee at Interior.

THE COURT: Okay.

MS. DRAPER: They certainly worked with an organization called Clifton Gunderson, who worked with them in doing the actual putting the documents in the system.

THE COURT: Okay. And when did they do this?

MS. DRAPER: Your Honor, I'm not sure the date it started. It's been an ongoing process of archiving Indian trust records across the country so they can all be in a central location with a searchable database.

THE COURT: Right. Right.

MS. HAENSLY: Your Honor, this is Sharon Haensly. I think it would be useful to learn more about it. To be perfectly honest, I think that we've put our best minds here at the law firm together who do training in this access database, and I think that

even if it's taken to its best point, it still ends up resulting in hundreds of thousands of hits where you just have no idea if it's responsive to the requests for production.

And I guess, I don't know if this is appropriate, but one of the things that I said to Department of Justice is we'll go with this system, but we've asked them if they will pay our contractor to go to the BISS, because I have a feeling that this is the best they can do unless they just start going and looking through the boxes for the documents.

MS. DRAPER: Your Honor, this is Carol Draper. Do you want me to respond to that? I think that one of the problems is I think we need to decouple the issues. One of our concerns, as we tried to relay to Ms. Haensly, is we have provided a table that is responsive to her document requests. She served a great many document requests. Under the rules, as everyone knows, we were obliged to provide as complete an answer as we could, and that's a very large table that Ms. Haensly is now saying is overwhelming.

Within that table, we broke it out. The information is separated by document requests. We have offered and are following through on a request

that it will be the same information but broken out into smaller tables to make it easier to use.

I think part of the difficulty is this is a process. The tables are there. The information is there. With all due respect to Ms. Haensly and her consultants, our folks, the Defendant, Interior, other tribes use this system literally all the time, and it does work.

We had an open-ended offer. We've had two tutorial sessions with Ms. Haensly already. We have a standing offer we will answer anybody's questions. We will get on the computer and have our IT folks, our consultants, available at the same time and go through step by step what are you looking for, please tell us and things like that.

THE COURT: Well, we're going to go around in circles here for a while until we can figure out -- I need to figure out what you've got, so I think what I'd like to do is this. The people that do your BISS searches, are they here in Washington?

MS. DRAPER: Your Honor, Carol Draper again. Some of them are. The people who are most expert who we've had on the phone with Ms. Haensly are at where the area is located in Lenexa, Kansas.

THE COURT: Okay. Well, why don't you talk

to them and find out -- what I'd like to do is do a hearing, and I'm going to probably do it here in Washington, and I want to have the experts come in that put this thing together and we're going to begin to start looking at her requests, and I want to see how this works on the computer.

We can set up our computers here. We can take a look and see. Maybe we'll learn some things before I start issuing orders. And I want to talk to some of the other judges here to see what their experience has been before I start saying what you're supposed to be doing by way of narrowing, and I want to get an index. I don't know what type of index you've got, but whatever you've got that's put together, I want to take a look at it.

So you find out when they're available, and I'm going to give you some dates. I could do this on the afternoon of the 10th of June.

MS. DRAPER: Your Honor, this is Carol Draper. I'm at an ADR session that day in another case.

THE COURT: I'm giving you some dates.

MS. DRAPER: I'm sorry.

THE COURT: The 13th, the 16th? Then we'll have to go to July because I'm going to be out of the

country for two weeks. We could do it on the 8th. Actually, pretty much I can do it anytime in July, but I'd rather do it sooner rather than later. And what I want to have before that hearing is I want to have the Plaintiffs' requests and an example from them about what they've asked for that they can't find.

MS. DRAPER: Okay.

THE COURT: Then I want to have an index of the documents on paper aside from whatever -- you've got one someplace.

MS. DRAPER: Your Honor, this is Carol Draper. I apologize. I'm not clear. When you say an "index," we have a database.

THE COURT: Then I want a hard-core, on-paper index of your document system.

MS. DRAPER: Of the document system.

THE COURT: Right. I want to know how you set it up.

MS. DRAPER: So you're not looking for an index, the master index, that the government produced for the tribe on documents that could relate -- the 2 million documents that --

THE COURT: We'll get to that. I want to do two things. One is I want a broader index so I have an understanding about what is in the system. Then we

can take a look at the more specific issues.

I don't want to issue any orders until I understand what the system is, and I want the people here, I don't know whether they're from Kansas or Washington or whatever, that actually work the system, that put it together and work with it. And I may ask some of the other judges if they want to attend because they may be having the same problems. I'll let you know about that, but for me, I don't want to start ordering things until I know what we're working with here.

Now, from Plaintiffs' counsel, have you looked at any of these boxes at all?

MS. HAENSLY: No. I have not gone to Lenexa yet because it just seemed like it wouldn't be worthwhile.

THE COURT: Where is the city? What's the nearest city? I don't know Kansas very well. Where is it?

MS. DRAPER: Your Honor, this is Carol Draper. It's near Kansas City.

THE COURT: Okay. So we can fly in if necessary. That will be Step 2. But for starters, I want to see what's going on. So why don't you take a look at your calendar, talk to your folks. You've got

some dates for me in June. You can pick any date you want in July and I'll accommodate you. I don't have any trials in July.

MS. DRAPER: Thank you, Your Honor.

THE COURT: And I'm going to tell you when to get back to me, which is I want to hear back from you on Monday or Tuesday of next week. You'll talk to my law clerk, Alex McBride, and let me know what dates you worked with Plaintiffs' counsel, and then we'll see what we've got here.

MR. BIANCO: Your Honor, in the meantime, it sounds like -- I just want to summarize -- you'd like us -- this is Jason Bruno -- to give you some sort of written description of the disks and --

THE COURT: I want a written description about whatever this process is. I don't know how many thousands of boxes you've got, but you've got a written index someplace that says Box 1, Box 2, Box 3, and it will say something about what's in that box. Now you may have a subindex too. If you have that, let me see it. That's what we did down in New Orleans and it worked very well. It took a while to get through it, but we did it.

MR. BIANCO: It's a large index, you know, a couple of hundred thousand boxes.

THE COURT: That doesn't bother me.

MR. BIANCO: We're going to send you an example of the index, what it looks like, as well as a bit of a description, the history of where it came from.

THE COURT: Well, that you can do next week. That shouldn't take you a long time. You've got that.

MR. BIANCO: Sure. We could even send you some testimony from the Cobell case where someone describes the disks.

THE COURT: Well, that would be helpful, wouldn't it? Did you give that to the Plaintiffs' counsel?

MR. BIANCO: You know, Judge Robertson has actually discussed the disks and the errors in one of the Cobell decisions.

THE COURT: Well, I'll have a chance to see Judge Robertson because I'm going to the D.C. conference in a week, so I intend to spend some time talking with him about it.

MR. BIANCO: Okay.

THE COURT: And if we don't have enough time then, then I'll go down to his chambers and we'll talk about it. But we're going to get to the bottom of the documents, okay, so we can get moving on this because

you're going to go around in circles on this, you know, from now to doomsday. The Plaintiffs are going to say you haven't done enough and you'll say we've done everything we can do.

I strongly suspect there is something in between, and the only way we can get there is for me to understand what both sides are doing before I issue any orders about where we go next, and the sooner the better. So we'll look forward to hearing from you all by early next week, okay?

MS. DRAPER: Thank you.

THE COURT: All right.

(Whereupon, at 10:13 a.m., the hearing in the above-entitled matter was concluded.)

//

//

//

//

//

//

//

//

//

//

//

# CERTIFICATE

DOCKET NO.: 06-900

CASE TITLE: Round Valley Indian Tribes v. U.S.

HEARING DATE: May 22, 2008

I certify that the foregoing is a true and correct transcript made to the best of our ability from a copy of the official electronic digital recording provided by the United States Court of Federal Claims in the above-entitled matter.

Date: May 22, 2008

Theodore Fambro

Heritage Reporting Corporation
Suite 600
1220 L Street, N.W.
Washington, D.C. 20005-4018