# DEFENDANT'S

# EXHIBIT

# 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-CV-00900L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | DECLARATION OF ETHEL ABEITA |

I, Ethel Abeita, as Director of the Office of Trust Records, pursuant to 28 U.S.C. § 1746 do hereby declare and state:

1. I have held the position of Director, Office of Trust Records (OTR), Office of the Special Trustee for American Indians (OST), Department of the Interior (Interior), since August 2002. OTR is responsible for the management of the Bureau of Indian Affairs (BIA) and OST records programs consistent with the requirements of 44 U.S.C. Chapter 31.

2. Attached hereto as Exhibit "A" is a four-page pamphlet entitled "OTR and AIRR." This pamphlet offers basic information concerning OTR and the American Indian Records Repository ("AIRR"), which is located in Lenexa, Kansas. This brochure was prepared under my direction for the purpose of providing information about the AIRR and its available services. This brochure contains true and accurate information summarizing AIRR/OTR functions.

3. The Department of Interior, through its contractor, maintains the Box Index Search System ("BISS"), a searchable electronic file level index. When inquiries for information are made to the AIRR, staff employed at the AIRR work with the inquiring party to determine what information is sought and conduct BISS searches specifically tailored to that particular inquiry. There is no brochure comparable to Exhibit A for the BISS.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief, and that this declaration was executed on June 6, 2008.

ETHEL J. ABEITA