# ATTACHMENT A

# TO

# EXHIBIT

# 2

# OTR and AIRR





Office of Trust Records and the Am

## What is the Office of Trust Records (OTR)?

OTR was established under the authority of the American Indian Trust Reform Act of 1994, P.L. 103-412 and Secretarial Orders 3197 and 3208, and is located in Albuquerque, New Mexico. OTR reports to the Chief Information Officer, Office of the Special Trustee for American Indians (OST). OTR is responsible for the management of Bureau of Indian Affairs (BIA) and the OST records management program consistent with requirements set forth in 44 U.S.C. Chapter 31. BIA and the OST signed a memorandum of understanding, creating a partnership to assist the BIA with their management of all records.

## The OTR mission statement

The mission of OTR is to incorporate the Secretary's Trust Principles and the OST Trust Asset Management Policies into the management of trust records, improve records management within the BIA and OST, and help instill integrity and consistency for trust records. OTR develops and implements policies, programs, systems, and services to support the Department of Interior's (DOI) Indian records management programs for related bureaus, Indian tribes, and individual Indians; and the Indian trust litigation and settlement effort. The OTR records management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their lifecycles.

## OTR's functions

- Coordinating the overall approach for Departmental trust records by implementing a unified records management solution.
- Directing the Indian Affairs Records Management Program for BIA and OST.
- Ensuring that modern information systems incorporate essential recordkeeping requirements.
- Maintaining custody and control of trust records.
- Developing, updating and maintaining records management policies and procedures.
- Providing records management training to BIA, OST and to tribes.
- Safeguarding trust records by providing fire proof file cabinets.

## OTR's workplan

The OTR workplan was developed to structure and organize its projects and consists of five major tasks listed below:

- Establish and implement Indian Affairs records retention schedules approved by the National Archives and Records Administration (NARA).
- Establish and implement recordkeeping requirements that allow for record retrieval on an as needed basis.
- Safeguard records by storing inactive records at the American Indian Records Repository (AIRR) in Lenexa, Kansas, and by providing file cabinets to BIA and OST for active trust and general trust records.
- Develop a records management training program to train OST, BIA and tribal employees.
- Establish a program to meet trust and other records retrieval needs of customers and document production requests.

## OTR's commitment

OTR is committed to implementing records management improvements for the BIA, OST and tribes to protect the legal and financial rights of the Government and of persons. OTR provides guidance for the preservation of trust assets and financial documents to provide accurate accounting information to trust beneficiaries.



## What is the AIRR?

The AIRR was dedicated in May 2004 as a result of an agreement between NARA and the DOI. This repository is located in Lenexa, Kansas, and stores inactive BIA and OST records, and other federal agency Indian fiduciary trust records.

## The Repository

AIRR is an underground records storage facility in a limestone quarry, not far from Haskell Indian Nations University. DOI employees from OTR, contractors, and NARA staff work together preserving Indian records. To access this state of the art facility, AIRR employees drive each day down a hill and into the gaping mouth of the limestone cave to work in offices with craggy, bumpy limestone walls. The limestone cave creates an ideal environment for records storage, naturally influencing the humidity to levels that make it easy to meet National Archives regulations and standards.

Stored there, in compliance with NARA regulations and standards, are boxes of inactive Indian records on shelving stacked 14 levels high, the length and width of a football field. These boxes store inactive Indian Affairs records from BIA and OST as well as other federal agencies that create Indian fiduciary trust records. Some boxes hold maps from the early part of the century, some hold children's school records, and many hold trust records.

This repository provides secure storage and access to records for research by individual Indians, tribes, historians, federal agencies and contractors with permission from OTR.

## Background facts on the AIRR

- For more than 100 years, miners worked under the rolling hills of Kansas, chipping out limestone for uses such as construction and road-building. In the 1950s, workers began to mine limestone with the aim of leaving behind useable subterranean space.
- There is an estimated 20 million square feet of business and industrial space underground in the greater Kansas City area. This is about 10% of the business space in the area. In Lenexa, Kansas – a half hour from Kansas City – more than a dozen organizations operate their businesses 80 to 100 feet under ground in old limestone mines.
- NARA has 1.3 million cubic square feet of storage space available for Federal records.
- The AIRR is a product of a partnership between NARA and DOI. This is the first such partnership in history.
- AIRR meets the National Archives' 2009 standards for records storage and is on par with the NARA College Park facility in Maryland – one of the best archival facilities in the world.
- The air inside the AIRR facility is filtered repeatedly throughout the day for airborne particulates, dust, and filaments.
- Staff members at AIRR teach courses on records management at nearby Haskell Indian Nations University and the students attend a portion of their records management coursework at the AIRR.
- Approximately 1,000 boxes of inactive Indian records are delivered to AIRR each month.
- Each standard records center box holds one cubic feet of records.
- OTR indexed and deposited more than 150,000 boxes of Indian Affairs records at AIRR in its first three years of operation.

- AIRR is currently storing boxes in two NARA archival quality "storage bays" that hold 125,000 cubic feet each.
- AIRR has leased two more "bays" from NARA. DOI staff is currently conducting historical accounting processes in these bays.
- More than 125 contractors and Department of Interior staff members work at AIRR.

If you have any questions or want more information on records management activities, contact the Office of Trust Records at (505) 816-1620.







**Set 1**

**Office of Trust Records**
4400 Masthead Street NE, Room 130, Albuquerque, New Mexico 87109
Phone (505) 816-1620 Fax (505) 816-1653