# In the United States Court of Federal Claims

No. 06-900L
Filed: June 25, 2008

```
************************************
                                   *
ROUND VALLEY INDIAN TRIBES,        *
                                   *
        Plaintiff,                 *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
        Defendant.                 *
                                   *
************************************
```

**ORDER**

Plaintiff's June 23, 2008 Reply, Withdrawal Of May 30, 2008 Motion To Schedule Hearing Date, And Reservation Of Rights is hereby granted. Plaintiff's May 30, 2008 Motion To Schedule Hearing Date is hereby withdrawn.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**