IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-cv-00900L<br>Judge Susan G. Braden |

**DEFENDANT'S NOTICE REGARDING**
**"STATUS CONFERENCE" SCHEDULED FOR JULY 29, 2008**

## I. INTRODUCTION

Pursuant to Rule 16 of the Rules of the Court of Federal Claims (RCFC) and the joint status conferences conducted by the Court on May 22 and June 16, 2008, Defendant respectfully submits the following information to the Court about its preparations and plans for the "status conference" that the Court has scheduled on July 29, 2008, at 9:00 for the purpose of learning about the American Indian Records Repository (AIRR) and the Box Index Search System (BISS).

Undersigned counsel for Defendant discussed in general with counsel for Plaintiff the information provided herein during a telephone discussion on Friday, July 18, 2008, and by letter on Monday, July 21, 2008.

## II. JULY 29, 2008, "STATUS CONFERENCE"

In addressing Plaintiff's complaints about the inadequacies of Defendant's responses to Plaintiff's requests for production of documents and data, in part, the Court has scheduled a "status conference" on July 29, 2008, so that Defendant can provide information requested by the Court about the AIRR (a federal repository for inactive Indian trust records; operated and managed by the United States Department of the Interior (Interior) and the National Archives and Records

Administration (NARA); and located in Lenexa, Kansas) and the BISS (the indexing system used by the Interior Department to manage, locate, and retrieve the boxes of inactive Indian trust records stored at the AIRR).[1/] See TR of June 16, 2008, at 3, lines 7-12, 23-25, and 4, lines 1-2, 4-6; TR of May 22, 2008, at 3, lines 11-25, and 4, lines 1-8; TR of May 22, 2008, at 9, lines 16-20, 25 and 10, lines 1-15. Additionally, the Court has announced its intent to review certain of Plaintiff's requests for production of documents (RFPs) that Plaintiff has served on Defendant and the BISS search results that Defendant has provided to Plaintiff in response to Plaintiff's RFPs. Id.

**A. Proposed or Likely Participants**

Given the Court's stated purposes,[2/] Defendant has arranged for the following Interior Department employees and contractors to participate in the July 29 "status conference."

**1. Lena F. Mills, Supervisory Program Analysis Officer, Office of the Special Trustee for American Indians (OST), Office of Trust Records (OTR), Interior Department, Lenexa, Kansas.**

Ms. Mills has been assigned to the AIRR since June, 2004, shortly after it began operations. Currently, she serves as the Chief for the Division of Records Management Operations of OTR. Ms. Mills oversees the OTR staff's work in indexing and processing of inactive Indian trust records shipped to the AIRR; providing technical guidance to Government contractor employees responsible for indexing the trust records upon arrival at the AIRR; and assisting OTR in retrieving inactive Indian trust records from field offices.

---

[1/] See, e.g., Defendant's Response to Plaintiff's Motion to Schedule a Hearing Date, to Clarify Nature of Hearing, and to Schedule Briefing on Plaintiff's Motion to Compel in Advance of the Hearing (filed June 11, 2008) ("Defendant's Response to Plaintiff's Motion for Hearing"), at 3-6, Exhibits 2-5.

[2/] Defendant respectfully renews the objections that it previously raised to the necessity of a hearing. See Defendant's Response to Plaintiff's Motion for Hearing, at 8-11.

Before assuming her current duties, Ms. Mills served as the on-site Branch Chief responsible for establishing and operating the AIRR when the facility opened. Among other things, Ms. Mills and her staff established procedures and controls to mitigate the risk of loss or damage to Indian trust records, including procedures for accessing records stored at the AIRR.

In her current capacity, Ms. Mills can describe (a) day-to-day operations at the AIRR for the Office of Historical Trust Accounting; (b) the processes and procedures for shipping inactive Indian trust records from field offices across the country to the AIRR; (c) the processes and procedures in place for safeguarding, indexing and assuring the integrity of Indian trust records shipped to the AIRR; (d) the safeguards and quality control procedures in place to minimize the risk of loss, destruction or damage to Indian trust records; (e) the BISS in its various forms and the procedures for updating and entering data into BISS; (f) the use of the BISS to retrieve Indian trust records by staff researchers and college students supervised by Ms. Mills; (g) the systems and procedures in place for storing, maintaining, and accessing Indian trust records at the AIRR; and (h) other matters relating to the AIRR and use of the BISS.

**2. Katherine L Ramirez, Senior Program Analyst, Office of Historical Trust Accounting (OHTA), Interior Department, Lenexa, Kansas.**

Ms. Ramirez is currently the on-site manager for OHTA at the AIRR. In that position, she oversees OHTA's day-to-day operations at the AIRR, including oversight and management of OHTA's contract staff and employees at that facility who utilize the BISS. Ms. Ramirez has worked with the Bureau of Indian Affairs and other Interior Department agencies in various capacities since May 1986. She has worked for OHTA at the AIRR since July 2004.

In her current position, Ms. Ramirez can describe (a) day-to-day operations at the AIRR for OHTA; (b) use of the BISS by OHTA and its Government contractors to search for and retrieve

Indian trust records needed for accounting work, litigation, research, or other purposes; (c) OHTA's use and reliance on the BISS on a daily basis as a tool for retrieving and identifying Indian trust records needed for accounting work, litigation, research or other projects; (d) OHTA's work in coordinating and overseeing BISS searches conducted by Government contractors and consultants; (e) the use of BISS search results to retrieve Indian trust records; (f) the queries used to generate the BISS search results provided in response to Plaintiff's RFPs and the results obtained in response thereto; and (h) other matters relating to the AIRR and use of the BISS.

**3. Caren L. Dunne, Partner, Clifton Gunderson LLP, Albuquerque, New Mexico.**

Ms. Dunne is a Certified Public Accountant (CPA), with over fifteen years of experience working on projects and engagements that involve Indian trust records. Her firm, Clifton Gunderson, is a public accounting firm that provides a suite of professional services under contract to the Interior Department, in particular, OST, and OHTA, including the provision of on-site search services at the AIRR. Among other work duties and responsibilities, Ms. Dunne supervises a staff of contractors on site at the AIRR who rely on the BISS to search for Indian trust records needed for accounting work, litigation, and other purposes. Ms. Dunne can describe (a) the BISS in its various forms; (b) contractors' and researchers' use of the BISS to identify and retrieve trust records; (c) the manner in which records are categorized and can be searched under various "fields" in BISS; (d) formulating and working with queries to the BISS system and BISS search results; (e) the use of BISS search results to retrieve Indian trust records; (f) the queries used to generate the BISS search results provided in response to Plaintiff's RFPs and the results obtained in response thereto; and (g) other matters relating to the AIRR and use of the BISS.

**4. Other Potential Witnesses**

As needed or appropriate, Defendant may call upon other current or former Interior Department officials, employees, or contractors who are knowledgeable about issues and matters relating to the AIRR and the BISS, including but not limited to the use of BISS search results to locate Indian trust records stored at the AIRR.

**B. Proposed or Likely Demonstrative Exhibits or Other Matters**

In presenting relevant, potentially relevant, or requested information about the AIRR, the BISS, Plaintiff's RFPs, and Defendant's BISS-based responses to the RFPs, Defendant's participants will likely use or rely upon various demonstrative exhibits, including but not limited to photographs, charts, tables, PowerPoint slides, and other demonstrative exhibits, about the AIRR, the BISS, and any other subject matter deemed appropriate for the July 29, 2008 "status conference."

Also, Defendant's participants will be prepared to explain and discuss the BISS search results that it provided to Plaintiff on digital video disc (DVD) on May 16, June 13, and July 16, 2008. For reasons that Defendant's participants can explain in greater detail, if the Court deems appropriate, the Interior Department will not be able to conduct a live demonstration in the courtroom on July 29, 2008, of a BISS search that can be done on the system located at the AIRR in Lenexa, because network security policies and concerns prevent Interior from obtaining a connection from the courtroom through the Internet to the BISS. Nonetheless, Defendant's participants can and will be able to run sample BISS searches based on BISS data that has been downloaded from the BISS onto a secure and encrypted portable medium (identical to what was provided to Plaintiff), and display those BISS search results for the Court.

Respectfully submitted this 23rd day of July, 2008.

*s/ Carol L. Draper*
CAROL L. DRAPER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

JASON BRUNO
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

MICHAEL BIANCO
ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217