IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribes,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00900 SGB<br>Judge Susan S. Braden |

**NOTICE RE: JULY 29, 2008 WORK SESSION**

The Tribes hereby respectfully notify the Court of the following with regard to the Work Session scheduled on July 29, 2008, at 9:00 a.m.:

1. The following individuals will attend in person on behalf of the Round Valley Indian Tribes ("Tribe"): Counsel, Sharon Haensly and Gabriel S. Galanda; Tribal Council President Eugene Jamison and Vice President Carlino Bettega; and Jim Parris, a consultant with knowledge of the Federal Lenexa facility and the Box Index Search System ("BISS").

2. The following individuals will attend by telephone: Dwight Duncan and Nate Curtis, the Tribe's economic consultants at EconLit in Phoenix, Arizona.

3. The Tribe respectfully asks that it be allowed to present a brief, 20 minute introductory PowerPoint at the start of the Work Session, which will include the following topics: (1) background information about the Tribe; (2) the trust records that the Tribe is seeking; and (3) BISS Reports and discovery provided to the Tribe to date.



2310636.1

Dated this 25th day of July, 2008.

/s/ Sharon I. Haensly
Sharon I. Haensly, WSBA #18158

WILLIAMS KASTNER
601 Union St., #4100
Seattle, WA 98101
Telephone: (206) 628-6600
Fax: (206) 628-6611
ATTORNEYS FOR PLAINTIFF
ROUND VALLEY INDIAN TRIBES

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2008, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Carol Draper and Jason Bruno
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

/s/ Sharon I. Haensly