IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00900 SGB<br>Judge Susan S. Braden |

**NOTICE RE: STATUS OF PLAINTIFF TRIBES' EFFORTS TO ASSIST UNITED STATES IN OBTAINING TRIBAL TRUST RECORDS**

The Round Valley Indian Tribes ("Tribe") hereby respectfully notifies the Court of the status of events following the work session held before the Court on July 29, 2008.

1. On or about August 5, 2008, the Tribe learned that it needed to retain someone with accounting expertise to meet with federal employee Cathy Ramirez and federal contractor Caren Dunne to help refine the Box Index Search System ("BISS") results for the Tribe's trust fund records. The Tribe promptly informed the Court Clerk that it would proceed to locate and retain that person as quickly as possible.

2. The Tribe subsequently searched for a qualified CPA. On August 19, 2008, the Tribe enacted a resolution that authorized retaining Richmond, Virginia-based CPA Don Pallais to undertake this task. Ms. Ramirez and Ms. Dunne can directly contact Mr. Pallais at telephone number (804) 784-0884 to schedule a mutually convenient date for a meeting.

Dated this 20th day of August, 2008.

/s/ Sharon I. Haensly
Sharon I. Haensly, WSBA #18158
WILLIAMS KASTNER
601 Union St., #4100
Seattle, WA 98101
Telephone: (206) 628-6600
Fax: (206) 628-6611
ATTORNEYS FOR PLAINTIFF
ROUND VALLEY INDIAN TRIBES

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2008, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Carol Draper and Jason Bruno
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

by sending the same by:

1. U.S. Mail; Electronic mail to Carol.Draper@usdoj.gov (pursuant to parties' agreement to service by mail); and Facsimile to Carol Draper and Jason Bruno at (202) 353-2021.

/s/ Sharon I. Haensly



2325811.1