# In the United States Court of Federal Claims

No. 06-900L
Filed: September 11, 2008

***********************************
*
ROUND VALLEY INDIAN TRIBES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's September 9, 2008 United States' Motion To Submit Errata Sheet For Conference Transcript Filed Under Seal is **GRANTED**. Heritage Reporting Corporation is instructed to make the changes to the transcript of the Status Conference/Work Session held July 29, 2008 contained in the errata sheet attached to the Defendant's September 9, 2008 motion.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**